■ DAVID SHUMWAY et al., Appellants, v JUSTIN KELLEY, Respondent. [913 NYS2d 624]—Appeal from an order of the Supreme Court, Genesee County (Robert C. Noonan, A.J.), entered *September 21, 2009* in a personal injury action. The order denied plaintiffs' motion for leave to renew their cross motion for partial summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., Centra, Fahey, Peradotto and Pine, JJ.